# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: KURPASKA, JANINA S.            § Case No. 13-82719
                                      §
                                      §
Debtor(s)                             §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/11/2015 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated : 02/16/2015        By: /s/JOSEPH D. OLSEN
                                                                         Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KURPASKA, JANINA S.  § Case No. 13-82719
§
§
Debtor(s)  §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,300.00 |
| *and approved disbursements of* | $ 10.00 |
| *leaving a balance on hand of* [1] | $ 7,290.00 |
| **Balance on hand:** | $ 7,290.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,290.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,480.00 | 0.00 | 1,480.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 51.85 | 0.00 | 51.85 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 823.50 | 0.00 | 823.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,355.35 |
| Remaining balance: | $ 4,934.65 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $     4,934.65

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:   $     4,934.65

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 869.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 220.06 | 0.00 | 220.06 |
| 2 | Nicor Gas | 564.68 | 0.00 | 564.68 |
| 3 | Stephen G. Balsley | 85.00 | 0.00 | 85.00 |

Total to be paid for timely general unsecured claims:   $       869.74
Remaining balance:   $     4,064.91

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 4,626.70 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 87.9 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Cavalry SPV I, LLC | 4,626.70 | 0.00 | 4,064.91 |
| | Total to be paid for tardy general unsecured claims: | | $ | 4,064.91 |
| | Remaining balance: | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |
| | Total to be paid for subordinated claims: | $ | | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Prepared By: /s/JOSEPH D. OLSEN  
Trustee

JOSEPH D. OLSEN  
1318 EAST STATE STREET  
ROCKFORD, IL  61104-2228  
(815) 965-8635  
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                               Case No. 13-82719-TML
Janina S. Kurpaska                                                   Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett              Page 1 of 1        Date Rcvd: Feb 17, 2015
                              Form ID: pdf006             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2015.
db           +Janina S. Kurpaska,    6848 Turkey Run,    Rockford, IL 61103-8857
20824157     +Abigail J. Jung,    300 E. Roosevelt Rd. Suite 300,    Wheaton, IL 60187-1908
20824158     +BAC Home Loans,    P.O. Box 650070,    Dallas, TX 75265-0070
20824159     +Barclays Bank,    P.O. Box 8803,    Wilmington, DE 19899-8803
20824160     +Bergners,   P.O. Box 17264,    Baltimore, MD 21297-1264
20824161      Best Buy,   P.O. Box 1390,    Anaheim, CA 92815-1390
20824163     +CCI,   P.O. Box 212489,    Augusta, GA 30917-2489
20824164     +Louis Freedman Attorney,    P.O. Box 3228,    Naperville, IL 60566-3228
20824165     +Markoff Krasny LLC,    29 N. Wacker Drive #500,    Chicago, IL 60606-3227
20824166     +National City,    P.O. Box 856177,    Louisville, KY 40285-6177
22208046     +Stephen G. Balsley,    6833 Stalter Drive,    Rockford, IL 61108-2579
20824170     +The Shindler Law Firm,    1990 E. Algonquin Rd. 180,    Schaumburg, IL 60173-4164
20824171     +Verizon Wireless,    455 Duke Drive,    Franklin, TN 37067-2701
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22134538       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2015 03:14:55
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK   73124-8838
20824162     +E-mail/Text: bankruptcy@cavps.com Feb 18 2015 03:07:38      Calvary Portfolio Services,
               500 SUmmit Lake Drive,    Valhalla, NY 10595-2322
22372998     +E-mail/Text: bankruptcy@cavps.com Feb 18 2015 03:07:37      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
20824167     +E-mail/Text: bankrup@aglresources.com Feb 18 2015 03:05:32      Nicor,   P.O. Box 8350,
               Aurora, IL 60507-8577
22195145     +E-mail/Text: bankrup@aglresources.com Feb 18 2015 03:05:32      Nicor Gas,    P.O. Box 549,
               Aurora, IL 60507-0549
20824168     +E-mail/Text: BKRMailOps@weltman.com Feb 18 2015 03:07:07      PNC Bank c/o Weltman & Weinberg,
               180 N. Lasalle St., Suite 2400,    Chicago, IL 60601-2704
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20824169      Sylvestri Law Firm
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2015 at the address(es) listed below:
         Craig A Willette     on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
         David H Carter    on behalf of Debtor Janina S. Kurpaska bankruptcyclinicpc@sbcglobal.net
         Joseph D Olsen     Jolsenlaw@comcast.net, IL46@ECFCBIS.com
         Joseph D Olsen     on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
         Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
         Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslv.com, IL47@ecfcbis.com
                                                                                            TOTAL: 6
```