# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: KURPASKA, JANINA S.                                        § Case No. 13-82719
                                                                  §
                                                                  §
Debtor(s)                                                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $94,950.00                    Assets Exempt: $5,950.00
(without deducting any secured claims)

Total Distribution to Claimants: $4,934.65      Claims Discharged
                                                Without Payment: $75,291.52

Total Expenses of Administration: $2,365.35
```

3) Total gross receipts of $ 7,300.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,300.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $99,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,365.35 | 2,365.35 | 2,365.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 74,729.73 | 5,496.44 | 5,496.44 | 4,934.65 |
| **TOTAL DISBURSEMENTS** | $173,729.73 | $7,861.79 | $7,861.79 | $7,300.00 |

4) This case was originally filed under Chapter 7 on August 01, 2013. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/13/2015          By: /s/JOSEPH D. OLSEN
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidable Transfer (6848 Turkey Run) | 1210-000 | 7,300.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,300.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BAC Home Loans | 4110-000 | 99,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$99,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,480.00 | 1,480.00 | 1,480.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 51.85 | 51.85 | 51.85 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 823.50 | 823.50 | 823.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,365.35** | **$2,365.35** | **$2,365.35** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 220.06 | 220.06 | 220.06 |
| 2 | Nicor Gas | 7100-000 | N/A | 564.68 | 564.68 | 564.68 |
| 3 | Stephen G. Balsley | 7100-000 | N/A | 85.00 | 85.00 | 85.00 |
| 4 | Cavalry SPV I, LLC | 7200-000 | N/A | 4,626.70 | 4,626.70 | 4,064.91 |
| NOTFILED | Louis Freedman Attorney | 7100-000 | 9,393.09 | N/A | N/A | 0.00 |
| NOTFILED | Markoff Krasny LLC | 7100-000 | 7,634.92 | N/A | N/A | 0.00 |
| NOTFILED | The Shindler Law Firm | 7100-000 | 4,475.73 | N/A | N/A | 0.00 |
| NOTFILED | CCI | 7100-000 | 258.85 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank c/o Weltman & Weinberg | 7100-000 | 25,692.83 | N/A | N/A | 0.00 |
| NOTFILED | National City | 7100-000 | 25,262.31 | N/A | N/A | 0.00 |
| NOTFILED | Abigail J. Jung | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Best Buy | 7100-000 | 740.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank | 7100-000 | 972.00 | N/A | N/A | 0.00 |
| NOTFILED | Bergners | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $74,729.73 | $5,496.44 | $5,496.44 | $4,934.65 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-82719  
**Case Name:** KURPASKA, JANINA S.

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/01/13 (f)  
**§341(a) Meeting Date:** 09/05/13

**Period Ending:** 04/13/15  
**Claims Bar Date:** 08/19/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7518 N. 2nd St. Machesney | 89,000.00 | 0.00 | | 0.00 | FA |
| 2 | USC | 100.00 | 0.00 | | 0.00 | FA |
| 3 | checking account with Blackhawk Bank | 150.00 | 0.00 | | 0.00 | FA |
| 4 | savings account with Alpine Bank | 100.00 | 0.00 | | 0.00 | FA |
| 5 | necessary household goods and furnishings, tv be | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | necessary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7 | misc. costume jewelry, wedding ring | 300.00 | 0.00 | | 0.00 | FA |
| 8 | American Family whole life | 800.00 | 0.00 | | 0.00 | FA |
| 9 | Resurection Hop pension unknown value-pays $92 a | Unknown | 0.00 | | 0.00 | FA |
| 10 | 1992 Dodge Ram | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | 1998 CRV | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | Avoidable Transfer (6848 Turkey Run)  (u) | 0.00 | 40,000.00 | | 7,300.00 | FA |
| 12 | **Assets**    **Totals** (Excluding unknown values) | **$94,950.00** | **$40,000.00** | | **$7,300.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

It is believed the Debtor conveyed her residence, pre-petition, without adequate consideration the transfer would be avoidable by the Trustee.  The proof of claim bar date has expired and only a limited number of claimants have filed.  The Trustee has filed a Motion to Compromise to procure funds from the Debtor that would pay all creditors that have filed their claims, presumably in full, and all administrative costs.  That Motion to Compromise is to be heard 1/7/15.  It is believed the estimate date of final report will occur shortly thereafter, certainly before 3/31/15.

**Initial Projected Date Of Final Report (TFR):**    June 30, 2015        **Current Projected Date Of Final Report (TFR):**    March 31, 2015

Printed: 04/13/2015 10:30 AM    V.13.21

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-82719  
**Case Name:** KURPASKA, JANINA S.  

**Taxpayer ID #:** **-***2576  
**Period Ending:** 04/13/15

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5566 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/14 | {12} | Barbara H. Kurpaska | avoidable transfer (6848 Turkey Run) | 1210-000 | 7,300.00 | | 7,300.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,290.00 |
| 03/12/15 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $823.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 823.50 | 6,466.50 |
| 03/12/15 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $51.85, Trustee Expenses;  Reference: | 2200-000 | | 51.85 | 6,414.65 |
| 03/12/15 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,480.00, Trustee Compensation;  Reference: | 2100-000 | | 1,480.00 | 4,934.65 |
| 03/12/15 | 104 | American InfoSource LP as agent for | Dividend paid 100.00% on $220.06; Claim# 1; Filed: $220.06; Reference: | 7100-000 | | 220.06 | 4,714.59 |
| 03/12/15 | 105 | Nicor Gas | Dividend paid 100.00% on $564.68; Claim# 2; Filed: $564.68; Reference: | 7100-000 | | 564.68 | 4,149.91 |
| 03/12/15 | 106 | Stephen G. Balsley | Dividend paid 100.00% on $85.00; Claim# 3; Filed: $85.00; Reference: | 7100-000 | | 85.00 | 4,064.91 |
| 03/12/15 | 107 | Cavalry SPV I, LLC | Dividend paid 87.85% on $4,626.70; Claim# 4; Filed: $4,626.70; Reference: HSBC BANK | 7200-000 | | 4,064.91 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **7,300.00** | **7,300.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **7,300.00** | **7,300.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,300.00** | **$7,300.00** | |

{} Asset reference(s)    Printed: 04/13/2015 10:30 AM    V.13.21

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-82719 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** KURPASKA, JANINA S. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******5567 - Checking Account |
| **Taxpayer ID #:** **-***2576 | **Blanket Bond:** $820,095.60  (per case limit) |
| **Period Ending:** 04/13/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 7,300.00 |
| Net Estate : | $7,300.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5566** | 7,300.00 | 7,300.00 | 0.00 |
| **Checking # ******5567** | 0.00 | 0.00 | 0.00 |
| | **$7,300.00** | **$7,300.00** | **$0.00** |

{} Asset reference(s)

Printed: 04/13/2015 10:30 AM    V.13.21